UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY HAWORTH,<br><br>      Plaintiff,<br><br> v.<br><br>WALLA WALLA COUNTY, MICHELLE MORALES, individually and in her capacity as an employee of Walla Walla County, and JAMES NAGLE, individually and in his capacity as an employee of Walla Walla County,<br><br>      Defendants. | NO: 4:19-CV-5254-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Certain Claims (ECF No. 59). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of certain claims with prejudice and without costs to any party. The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE ~ 1

1    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without

2 a court order by filing a stipulation signed by all parties who have appeared.

3 **ACCORDINGLY, IT IS HEREBY ORDERED**:

4    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the following

5 claims are **DISMISSED** with prejudice, each party shall bear their own costs:

6        1. 42 U.S.C. § 1983; 42 U.S.C. § 1985; Conspiracy (ECF No. 1, ¶ 7, p. 76);

7        2. 18 U.S.C. § 1961, et seq. RICO (ECF No. 1, ¶ 8, p. 77);

8        3. Due Process Under Washington State Constitution Article 1 §3; §7 (ECF

9        No. 1, ¶ 10, p. 79);

10       4. Defamation, Libel, and False Light Invasion of Privacy, (ECF No. 1, ¶

11       11, p. 80);

12       5. Intentional Infliction of Emotional Distress (ECF No. 1, ¶ 12, p. 81); and

13       6. Negligent Infliction of Emotional Distress (ECF No. 1, ¶ 13, p. 82).

14    The District Court Executive is directed to enter this Order and furnish

15 copies to counsel.

16    **DATED** June 17, 2020.



17

18                    THOMAS O. RICE
                  Chief United States District Judge

19

20

ORDER ON VOLUNTARY DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE ~ 2